# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                                                                  Case No. 14−81104
Chapter 13

Danny J. Brewster and Annette H. Brewster

     Debtors

## ORDER CONFIRMING PLAN

The debtors' plan was filed on August 28, 2014. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

Dated: March 16, 2015

                                                                  /s/ William R. Sawyer
                                                                  United States Bankruptcy Judge