UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 14–81104
  Chapter 13
Danny J. Brewster and Annette H. Brewster ,

    Debtors.

## ORDER

    This case is before the court on the following matter:

*42* – Rule 9007 Motion/Notice/Objection: Motion to Modify Plan Post Confirmation for lawsuit proceeds. filed by Sabrina L. McKinney on behalf of Sabrina L. McKinney. Responses due by 03/7/2019. (McKinney, Sabrina)

    It appears that notice has been given pursuant to L.B.R. 9007–1, Bankr. M.D. Ala., and that no response has been filed. Accordingly, it is

    **ORDERED,** that the motion is **GRANTED** according to the terms stated.

Dated March 8, 2019

    William R. Sawyer
    United States Bankruptcy Judge